☒ FILED ☐ LODGED
Jan 21 2025
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

# WAIVER OF INDICTMENT

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>Plaintiff,<br>vs.<br>Daylon Bennett,<br>Defendant. | No.<br>CR-25-00090-PHX-DWL (JZB) |

Daylon Bennett, the above-named defendant, who is accused of Conspiracy to Commit Health Care Fraud, a Felony, in violation of Title 18, United States Code, Section 1349, and Conspiracy to Defraud the United States and to Solicit and Receive Kickbacks, a Felony, in violation of Title 18, United States Code, Section 371,being advised of the nature of the charge and of his rights, waives in open court prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

Daylon Bennett
Defendant

Todd Spodek
Counsel for Defendant

Date 1/9/25