☒ FILED ☐ LODGED
Jan 21 2025
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

United States of America,

Plaintiff,

v.

Daylon Bennett,

Defendant.

No. CR-25-00090-PHX-DWL (JZB)

**CONSENT OF DEFENDANT**

After full consultation with counsel, I voluntarily consent to go forward before the United States Magistrate Judge with my

☒ Change of Plea Hearing

☐ Admission or Denial Hearing on Petition for Revocation of Probation/Supervised Release and Evidentiary Hearing regarding revocation (if required).

DATED this 7 day of Jan, 2024. 25

Daylon Bennett
Defendant

Todd Spodek
Counsel for Defendant

Matthew Williams
Assistant U.S. Attorney