Spodek Law Group P.C.
Todd A. Spodek (4489399)
The Woolworth Building
233 Broadway, Suite 710
New York, NY 10279
ts@spodeklawgroup.com
Telephone: 212-300-5196
Mobile: 347-292-8633
Facsimile: 212-300-6371
Attorneys for Defendant

UNITED STATES DISTRICT COURT FOR

THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>Plaintiff,<br>vs.<br>Daylon Bennett,<br>Defendant. | Case No. 25-cr-00090-PHX-DWL<br><br>APPEARANCE OF COUNSEL |

NOTICE IS HEREBY GIVEN that Todd A. Spodek of Spodek Law Group P.C., appears as attorney of record on behalf of Defendant, Daylon Bennett.

Respectfully submitted this 22nd day of January 2025.

Spodek Law Group P.C.

*/s/ Todd A. Spodek.*
*Attorneys for Defendant*

I hereby certify that on the 22nd day of January 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

The Honorable Dominic W. Lanza
Magistrate Judge John Z. Boyle

Matthew Williams, assigned Assistant United States Attorney

By: *<u>/s/ Todd A. Spodek</u>*