TODD A. SPODEK
Spodek Law Group, P.C.
State Bar No. 4489399
Woolworth Building
233 Broadway, Suite 710
New York, NY 10279
Telephone: 212-300-5196
Mobile: 347-292-8633
Facsimile: 212-300-6371
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,

Plaintiff,

vs.

Daylon Bennett,

Defendant.

25-CR-00090-1 (DWL)

**DEFENDANT'S UNOPPOSED MOTION TO CONTINUE SENTENCING DATE**

Defendant, Daylon Bennett, by and through undersigned counsel, respectfully, requests that this Court enter an Order to continue the sentencing date, currently scheduled for May 5, 2025, to a date in early October 2025 or later. In support, therefore, counsel states as follows:

1) On February 10, 2025, the Defendant entered a plea of guilty, and the Court set a date for his sentencing hearing for May 5, 2025, at 3:15 p.m. *See* ECF No. 14.
2) Counsel requires additional time to obtain letters of support and gather various mitigating materials for his client. Furthermore, counsel is based in New York and will need additional time to arrange his personal and professional affairs accordingly.
3) Co-Defendant Alexandra Gehrke (24-CR-0140-1) is scheduled to be sentenced on August 12, 2025, at 10:00 a.m. *See* ECF No. 137.

4) Co-Defendant Jeffrey King (24-CR-0140-2) is scheduled to be sentenced on August 19, 2025, at 190:00 a.m. *See* ECF No. 143.

5) AUSA Shane Butland has been informed of this motion and does not object to the requested continuance of the Defendant's sentence date.

WHEREFORE, the Defendant, Daylon Bennett, by and through his undersigned counsel, prays this Honorable Court will grant the requested relief and/or any other relief deemed necessary.

Respectfully submitted this 22nd day of April, 2025.

SPODEK LAW GROUP, P.C.
Attorneys for Defendant
*/s/ Todd A. Spodek*

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on the 22nd day of April 2025, I electronically filed the foregoing **UNOPPOSED MOTION TO CONTINUE SENTENCING DATE** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to Shane Butland, the Assistant United States Attorney handling this case.