IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>Plaintiff,<br>vs.<br>Daylon Bennett,<br>Defendant. | 25-CR-00090-1 (DWL)<br><br>**ORDER** |

Upon motion of the defendant, no objection from the Government, and good cause appearing.

IT IS ORDERED that the sentencing date, currently scheduled for May 5, 2025, be continued to ________________.

Dated this _____ day of _____________, 20_____.

HONORABLE DOMINIC W. LANZA
United States District Judge